```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
IN RE:                            )  NO: 11-46212-399
                                  )  CHAPTER 13
Reginald & Tamara Stovall,        )  Hearing Date: 5/8/13
                                  )  Hearing Time: 10:00 a.m.
              Debtors.            )  Courtroom: 5 North
```

TRUSTEE'S AMENDED OBJECTION TO FIFTH AMENDED CHAPTER 13 PLAN

Comes now John V. LaBarge, Jr., Standing Chapter 13 Trustee, and states as follows:

1. The Trustee cannot determine if the plan payments proposed by the fifth amended plan are appropriate until Debtors file an amended schedule I updating their incomes.

2. Based on recent pay advices provided to the Trustee:

   a) Mr. Stovall started a new job with Baumann Property Co. On 2/10/13. *The last filed schedule I shows his former job at Douglas Ventures, LLC.

   b) Mrs. Stovall's income in the last filed schedule I is understated significantly. Per pay advices, Mrs. Stovall's average income is $3,257.90/mo gross and $2,263.04/mo net. *The last filed schedule I says $2,480.00/mo gross and $1,427.40/mo net.

   **WHEREFORE,** the Trustee prays that the Court deny confirmation of Debtors' Fifth Amended Chapter 13 Plan; and for such other relief as this Honorable Court deems necessary and just under the circumstances.

Respectfully Submitted,

/s/ Joseph M. Wilson
John V. LaBarge, Jr.
Chapter 13 Trustee
Joseph M. Wilson
FED#51849MO; MO#51849
Attorney For Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100
(314) 781-8881 (fax)
E-Mail: trust33@ch13stl.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above Trustee's Objection was served this  1st  day of May 2013, electronically via CM/ECF or by depositing same in the U.S. mail, postage pre-paid, addressed to:

/s/ Joseph M. Wilson

Ghafoor, Cook & Associates
136 E. Walnut
Independence, MO 64050

Reginald & Tamara Stovall
3513 Woodpath Dr.
Florissant, MO 63031